**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed September 14, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00374-CV

## MCLANE COMPANY, INC.; MCLANE FOODSERVICE, INC.; AND GABRIEL A. GUAJARDO, Appellants

### V.

### DANA MCCANN, Appellee

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2019-62897**

### MEMORANDUM OPINION

This is an interlocutory appeal from an order signed March 24, 2020 denying a motion to compel arbitration. On August 27, 2021, appellants filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Jewell, Spain, and Wilson.